UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PERSONNEL MANAGEMENT, OFFICE OF,<br><br>　　　　Defendant. | Case No. 24-cv-02371-RFL<br><br>**ORDER DENYING MOTION TO STAY CASE DEADLINES**<br><br>Re: Dkt. No. 62 |
| JOHN DOE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REGENTS OF THE UNIVERSITY OF CAIFORNIA, et al.,<br><br>　　　　Defendants. | Case No. 24-cv-09469-RFL<br><br>**ORDER DENYING MOTION TO STAY CASE DEADLINES**<br><br>Re: Dkt. No. 86 |
| JOHN DOE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PERSONNEL MANAGEMENT, OFFICE OF, et al.,<br><br>　　　　Defendants. | Case No. 25-cv-02930-RFL<br><br>**ORDER DENYING MOTION TO STAY CASE DEADLINES**<br><br>Re: Dkt. Nos. 52, 53 |

On August 27, 2025, Plaintiff filed an emergency motion requesting that, among other things, the case deadlines be stayed until the Court rules on Plaintiff's request to join all three cases into one consolidated action. For the reasons stated at the hearing on June 17, 2025, and

further explained below, Plaintiff's request is **DENIED**.

The Court previously denied Plaintiff's request for joinder of the three actions, without prejudice to being renewed after all parties appear in *Doe v. Office of Personnel Management et al.*, 25-cv-02930-RFL, and the pleadings are adjudicated. As the Court explained at the hearing that took place on June 17, 2025, the most efficient course of action is to adjudicate the pleadings in the most recently filed case before consolidating all three cases.

Accordingly, the Court stayed the deadlines to file an amended complaint and response, until further order, in *John Doe v. Office of Personnel Management*, 24-cv-02371-RFL and *Doe v. Regents of the University of California et al.*, 24-cv-09469-RFL. Those case deadlines remain stayed.

In *Doe v. Office of Personnel Management et al.*, 25-cv-02930-RFL, Defendants' motions to dismiss (Dkt. Nos. 37, 39, 43) are currently pending. The hearing on those motions is scheduled for **November 4, 2025**. As the Court stated, all additional motions to dismiss shall be scheduled to be heard on that same date.

With respect to the pending motions to dismiss, the Court adopts the following briefing schedule: Plaintiff's opposition briefs shall be due on **October 14, 2025**. Defendants' reply briefs shall by due on **October 21, 2025**.

Once those motions are adjudicated, Plaintiff's request for joinder may be revisited.

**IT IS SO ORDERED.**

Dated: August 29, 2025

RITA F. LIN
United States District Judge