UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>                    Plaintiff,<br><br>        v.<br><br>U.S. OFFICE OF PERSONNEL<br>MANAGEMENT,<br><br>                    Defendant. | Case No.  24-cv-02371-RFL<br><br>**ORDER DENYING MOTION TO<br>STAY DISCOVERY**<br><br>Re: Dkt. No. 97 |

Before the Court is Plaintiff John Doe's motion to temporarily stay discovery, originally filed as Dkt. No. 97 in *Doe v. Regents of Univ. of Cal.*, No. 24-cv-09469-RFL, before it was consolidated with the instant case.  The motion is **DENIED**.  The claims as to which Doe seeks a stay of discovery have been determined to survive the Regents' motion to dismiss, and discovery has been authorized as to those claims.  (*Doe*, No. 24-cv-09469-RFL, Dkt. Nos. 40, 47.)  Doe's increased workload stemming from his interlocutory appeal in *Doe v. U.S. Off. of Pers. Mgmt.*, No. 25-cv-02930-RFL, does not provide a basis to stay discovery.  And Doe's interlocutory appeal does not concern the merits or scope of the claims as to which he seeks a stay of discovery.  To the extent that Doe is concerned about the scope and burden of discovery, those issues should be addressed through discovery motions if the parties are unable to reach an agreement.

        **IT IS SO ORDERED.**

Dated: February 19, 2026

_____
RITA F. LIN
United States District Judge

1