UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN DOE,

Plaintiff,

v.

U.S. OFFICE OF PERSONNEL MANAGEMENT,

Defendant.

Case No. 24-cv-02371-RFL (AGT)

**ORDER ON EMERGENCY MOTION FOR TEMPORARY PROTECTIVE ORDER AND MOTION TO QUASH**

Re: Dkt. No. 102

On July 7, 2026, Regents served fourteen subpoenas on Plaintiff's medical providers and served Plaintiff with copies. Dkt. 102-3. The subpoenas' response date is July 21, 2026. *Id.* Today, one day before that response date, Plaintiff filed an "emergency motion for a temporary protective order" and a "motion to quash or modify" the subpoenas. Dkt. 102. Plaintiff asks the Court to quash the subpoenas and, in the interim, to issue "an immediate order directing [Regents] to suspend production under [the] third-party subpoenas." *Id.* at 2.

Regents' subpoenas comply with the Court's June 4, 2026, Order, in which the Court quashed in part Regents' prior subpoenas. Dkt. 99. Regents' new subpoenas seek medical and billing records concerning only Plaintiff's care, treatment, and examination for "derma-tomyositis, diffuse scleroderma, and calcinosis cutis, with resulting chronic wounds," from

December 29, 2022, to present. *E.g.*, Dkt. 102-3 at 6. Judge Lin held that "[m]edical records (including billing records, communications, and images) concerning dermatomyositis, diffuse scleroderma, and calcinosis cutis are relevant to the treatment of the wound infection at issue in the UCSF discharge, to the extent that they cover the time period from December 29, 2022, to present." Dkt. 81.

Plaintiff hasn't identified how the new subpoenas violate the Court's June 4 Order or how they are otherwise improper. Plaintiff's motions for an emergency protective order and to quash the subpoenas are denied.

**IT IS SO ORDERED.**

Dated: July 20, 2026

Alex G. Tse
United States Magistrate Judge